UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

**EXXON MOBIL CORPORATION**                                                                 **PLAINTIFF**

**V.**                                                          **CASE NO.:  3:20-cv-410 DPJ-RPM**

**CROSBY-MISSISSIPPI RESOURCES, LTD., ET AL**                      **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN
DEFENDANTS AND WITHOUT PREJUDICE AS TO OTHER DEFENDANTS**

This action is before the Court on the *ore tenus* motion of the parties to dismiss with prejudice this action and all claims, demands, causes of action and liens that are asserted in or in any way related to this action (the "Claims") as to Defendants, Crosby-Mississippi Resources, Ltd., a Mississippi Limited Partnership, CMR, LLC, a Mississippi limited liability company, Lucius Olen Crosby Gammill, Lynn Crosby Gammill, Individually and as Trustee of L.O. Crosby Gammill Family Trust and Conservator for Lucius Olen Crosby Gammill, Stewart Gammill, IV, Individually and as Trustee of the L.O. Crosby Gammill Family Trust and Conservator for Lucius Olen Crosby Gammill, Jennifer Lynn Gammill McKay, Individually and as Trustee of L.O. Crosby Gammill Family Trust and Conservator for Lucius Olen Crosby Gammill, Jennifer G. McKay, LLC, a Mississippi limited liability company, Stewart Gammill, IV, LLC, a Mississippi limited liability company, Amanda Reed, Cassandra B. Torbett, a/k/a Cassandra J. Bass, Douglas H. Reed, Eldia Lin Pope, John M. Fairchild, Lynne Fairchild Harvison, Mark A. Fairchild, Melissa L. Reed, Mildred H. G. Owings, Trustee of the Mildred Reed Gordon Rev. Trust, Thomas Radford Slough, III, a/k/a Radford Slough, Robert Reed Doyle, Individually and as Trustee of the Mariella Hairston Doyle Family Trust, Roberts A. Bass, Sherrill Wilkes High, Sean Marie High Smith, Trustee for the Freeman Willis Smith, III, Trust, a/k/a Trustee for Freeman

Willis Smith, Stephen Francis High, Susan Gay High Williams, a/k/a Susan High Williams, Theresa Jan Michaels, Silver Creek Enterprises, LLC, a Mississippi limited liability company, and dismiss all other Defendants without prejudice.

The requested dismissal is sought on the grounds that the parties have reached a mutual and satisfactory settlement of the Claims.

Having considered the motion and being advised in the premises, the Court finds that the motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED THAT** this action be and all of the Claims shall be and are hereby dismissed with prejudice as to all Defendants named above, but not those listed in the following paragraph, with each of the parties to bear their own attorney's fees and costs.

**IT IS FURTHER ORDER THAT** this action be and the same is hereby dismissed without prejudice as to Defendants BankFirst Financial Services, a bank chartered by the State of Mississippi, Maurice T. Reed, III, Mildred Reed Gordon, Trustee of the Mildred R. Gordon Rev. Trust, W.P. McMullan, III, Mary George W. McMullan, and Melissa L. Reed, Executor of the Estate of Jacqueline W. Reed, Deceased.  Each party dismissed without prejudice shall bear their own attorney's fees and costs.

**SO ORDERED**, this the 2nd day of November, 2021.

s/ *Daniel P. Jordan III*  
CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Otis Johnson, Jr.
Otis Johnson, Jr., Attorney for Plaintiff Exxon Mobil Corporation


/s/ Glenn Gates Taylor
Glenn Gates Taylor, Attorney for Defendants Crosby-Mississippi Resources, Ltd., a Mississippi limited partnership, Lynn Crosby Gammill, Individually and Trustee of the L. O. Crosby Gammill Family Trust and conservator of Lucius Olen Crosby Gammill, Stewart Gammill, IV, Individually and Trustee of the L.O. Crosby Gammill Family Trust, conservator for Lucius Olen Crosby Gammill, Lucius Olen Crosby Gammill, Individually, Jennifer Lynn Gammill McKay, Individually and Trustee of the Jennifer L.O. Crosby Gammill Family Trust and conservator for Lucius Olen Crosby Gammill, CMR, LLC, a Mississippi limited liability company, Stewart Gammill, IV, LLC, a Mississippi limited liability company, and Jennifer G. McKay, LLC, a Mississippi limited liability company.


/s/ William A. Whitehead
William A. Whitehead, Attorney for Defendants John M. Fairchild, Mark A. Fairchild, Lynne Fairchild Harvison, Eldia Lin Pope, Theresa Jan Michaels, Thomas R. Slough, III, a/k/a Radford Slough, Mildred R. Gordon and Mildred H.G. Owings, a/k/a Mildred Owings, Trustees of the Mildred R. Gordon Revocable Trust, Roberts A. Bass, Sherrill Wilkes High, Susan High Williams, Stephen Francis High, Mary George W. McMullan, W.P McMullan, III, Sean Reed High Smith, Trustee of the Freeman Willis Smith, III Trust, Robert Reed Doyle, Trustee of Mariella Hairston Doyle Family Trust, Thomas L. Reed, IV, Silver Creek Enterprises, LLC, Cassandra J. Bass, a/k/a Cassandra B. Torbett, Melissa L. Reed, Amanda S. Reed, Douglas H. Reed, Mildred Reed Gordon, Trustee of the Mildred R. Gordon Revocable Trust and Melissa L. Reed, Executor of the Jacqueline W. Reed, Deceased.


/s/ James Crongeyer, Jr.
James Crongeyer, Jr., Attorney for BankFirst Financial Services, a bank chartered by the State of Mississippi